

FILED                ENTERED
_____ LODGED _____ RECEIVED

FEB 2 0 2002

AT CREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

WELLS FARGO HOME MORTGAGE, INC.      *
                                     *
        Plaintiff                    *
                                     *
    vs.                              *        Case No. AMD 01 CV 3257
                                     *
RONALD F. VANE, SR., et al.          *
                                     *
        Defendants                   *

_____

FILED                ENTERED
_____ LODGED _____ RECEIVED

FEB 2 2 2002

AT BALTIMORE
CLERK U.S. DISTRICT COUR,
DISTRICT OF MARYLAND
                          DEPUTY

## <u>PRAECIPE</u>

Pursuant to the provisions of Rule 41(a), F.R.C.P., the Plaintiff, Wells Fargo Home

Mortgage, Inc., hereby dismisses the within Civil Action, no responsive having been filed by

the Defendants.

                        Respectfully submitted,


                        _____
                        G. VANN CANADA, JR.
                        Miles & Stockbridge P.C.
                        22 West Jefferson Street
                        Rockville, Maryland 20850
                        Telephone: (301) 762-1600

APPROVED
_____
2/22/2002

_John R. Fischel_

JOHN R. FISCHEL
JEFFREY P. REILLY
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21201
Telephone: (410) 727-6464

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _19th_ day of February, 2002, a copy of the foregoing was mailed via first class mail, postage prepaid, to:

> Ronald F. Vane, Sr. and
> Edith Vane
> c/o Russell T. Potee, Jr., Esquire
> 24 Crain Highway SW
> Glen Burnie, MD 21061

G. VANN CANADA, JR.